**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:14-cr-00055-MR-DLH**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **DAVID M. TAYLOR, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Notice of Forfeiture and Finding of Probable Cause [Doc. 20].

Upon review of the Government's Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 20] is **GRANTED**, and the Notice of Forfeiture and Finding of Probable Cause set forth in the Bill of Indictment is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed:: August 20, 2014

Martin Reidinger
United States District Judge