# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14 CR 55

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DAVID TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to an Unopposed Motion for Release to an Inpatient Treatment Program and Request for a Detention Hearing (#22) filed by counsel for Defendant. At the call of this matter on for hearing it appeared that Defendant was present with his counsel and the Government was present through Assistant United States Attorney Tom Kent. Mr. Kent advised that the Government did not have any objection to the release of Defendant to attend an inpatient treatment program. Based upon the consent of the Government and other good cause shown in the motion, the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Unopposed Motion for Release to an Inpatient Treatment Program and Request for a Detention Hearing (#22) is **ALLOWED**.

1

Signed: December 8, 2014

Dennis L. Howell
United States Magistrate Judge