IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CR 55

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DAVID M. TAYLOR, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THIS CAUSE coming on before the undersigned, pursuant to information received by the undersigned on May 9, 2017, that when Defendant's mother went to the detention facility to pick Defendant up to take him to The Swain Recovery Center as set forth in the Order Setting Conditions of Release (#64) the detention facility would not release Defendant because of twenty outstanding state warrants against Defendant. Counsel for Defendant, Jeffrey William Gillette, is out of the country and could not be reached regarding this matter, but the Government has been advised of this situation. As a result of the foregoing, this Order is entered revoking the unsecured bond and the terms of pretrial release previously issued in this matter.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the unsecured bond and the terms and conditions of pretrial release (#64) are hereby **REVOKED** and it is **ORDERED**

1

that Defendant be detained pending the return of his attorney back into his office when a hearing will be set concerning this matter.

Signed: May 9, 2017

Dennis L. Howell
United States Magistrate Judge