IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 cr 55

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | |
| | ) | **ORDER** |
| DAVID M. TAYLOR, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Supplemental Motion for Release to an Inpatient Treatment Program (#67) and an Amended Supplemental Motion for Release to an Inpatient Treatment Program (#68) filed by counsel for Defendant. At the call of this matter on for hearing, it appeared that Defendant was present with his counsel and the Government was present through AUSA Tom Kent. After hearing arguments from counsel for Defendant and counsel for the Government, the undersigned has determined to enter an Order allowing the motions and releasing Defendant on terms and conditions of prehearing release.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Supplemental Motion for Release to an Inpatient Treatment Program (#67) and the Amended Supplemental Motion for Release to an Inpatient Treatment Program (#68) are **ALLOWED** and

1

Defendant is released on the terms and conditions as set forth in the Order Setting Conditions of Release (#69).

Signed: May 24, 2017

Dennis L. Howell
United States Magistrate Judge